UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED SAEID ZAMANIEH SHAHRI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, OAKLAND LOCAL OFFICE, et al.,<br><br>Defendants. | Case No. 22-cv-03366-HSG<br><br>**ORDER DENYING IN FORMA PAUPERIS STATUS**<br><br>Re: Dkt. No. 48 |

On February 22, 2023, Plaintiff Seyed Saeid Zamanieh Shahri filed a notice of appeal of this Court's February 13, 2023, order dismissing the complaint without leave to amend. *See* Dkt. No. 46. On February 27, 2023, the Ninth Circuit referred the matter for the limited purpose of determining whether in forma pauperis ("IFP") status should continue for the appeal. *See* Dkt. No. 48. The Court finds the issues presented by the appeal are frivolous and that the appeal is not taken in good faith. *See* 28 U.S.C. §§ 1915(a)(3), (e)(2)(B)(i); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, the Court **DENIES** leave to proceed in IFP status on appeal.

**IT IS SO ORDERED.**

Dated: 2/28/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge